IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREDERICK BURTON, | |
|---|---|
| *Petitioner*, | CIVIL ACTION |
| v. | NO. 09-02435 |
| MARTIN HORN, *et al.*, | |
| *Respondents*. | |

## ORDER

**AND NOW**, this 22nd day of October, 2018, after consideration of Petitioner's Motions (ECF Nos. 87, 97, 94), Respondents' responses (ECF Nos. 93, 102) and Petitioner's replies (ECF Nos. 95, 105), it is hereby **ORDERED** that:

1. The Motion for Relief from Judgment, (ECF No. 87), is **DENIED**.

2. The Supplemental Motion for Relief for Final Judgment, (ECF No. 97), is **DENIED**.

3. The Motion for Discovery, (ECF No. 94), is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.